

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,172-02

### EX PARTE MANUEL DELATORRE PEREZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2017-150-C1B IN THE 19TH DISTRICT COURT FROM McLENNAN COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of two counts of sexual assault of a child. The Tenth Court of Appeals affirmed his convictions. *Perez v. State*, No. 10-18-00157-CR (Tex. App.—Waco del. Feb. 20, 2019). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that, through no fault of his own, he was denied his right to file a petition for discretionary review (PDR) challenging the appellate court's opinion. Based on the record, the trial court has entered findings and recommends that this Court grant Applicant a late PDR.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary

review of the judgment of the Tenth Court of Appeals in cause number 10-18-00157-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 13, 2021
Do not publish